UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
JOSEPH FERRARA,                             Civil Action No.:

                Plaintiff,
                                                               **NOTICE OF REMOVAL**

   -against-

COSTCO WHOLESALE CORPORATION,               Suffolk County
                                                                Index No.: 608989/20
                             Defendant.
------------------------------------------X

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:**

      Defendant, COSTCO WHOLESALE CORPORATION (hereinafter "Costco"), by its attorneys, SIMMONS JANNACE DELUCA, LLP, upon information and belief, respectfully petitions the Court, pursuant to 28 U.S.C. § 1441, as follows:

      1.   The above-captioned civil action was commenced and is now pending in the Supreme Court of the State of New York, County of Suffolk bearing Index Number 608989/2020. A trial has not yet been had therein. A copy of the Summons and Verified Complaint is annexed as **Exhibit "A"**.

      2.   On August 6, 2020, this office interposed an Answer to plaintiff's Complaint on behalf of Costco. A copy of defendant's Answer is annexed hereto as **Exhibit "B"**.

      3.   The action seeks monetary damages for injuries allegedly suffered by plaintiff, JOSEPH FERRARA, allegedly as the result of

JOSEPH FERRARA being on the premises of defendant's store. The plaintiff's Complaint sounds in negligence.

4. The action involves a controversy between citizens of different states, in that: (a) plaintiff is a citizen of the State of New York; and (b) defendant Costco is now, and was at the time the action was commenced, a corporation incorporated in the State of Washington with its principal place of business in the State of Washington.

5. This action is one of which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1332. There is complete diversity between the parties.

6. In addition, the amount in controversy exceeds $75,000, as evidenced by paragraph one (1) of the plaintiff's Response to Combined Discovery (**Exhibit "C"**), in which it is alleged that plaintiff demands one million ($1,000,000) dollars for plaintiff's alleged damages.

7. This Notice of Removal is being filed within thirty (30) days of receipt of plaintiff's monetary demand.

8. Written notice of the filing of this Notice of Removal will be given to plaintiff promptly after the filing of this Notice.

9. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Court of the Supreme Court of the

State of New York, County of Suffolk promptly after the filing of this Notice.

10. Attached to this Notice, and by reference made a part hereof, are true and correct copies of all process and pleadings filed herein.

11. By filing this Notice of Removal, defendant does not waive any defense which may be available to it, specifically including, but not limited to, its right to contest *in personam* jurisdiction over plaintiff's improper service of process and the absence of venue in this Court or the Court from which this action has been removed.

**WHEREFORE**, defendant prays that the above-captioned action now pending in the Supreme Court in the State of New York, County of Suffolk, be removed therefrom to this Court.

Dated: Hauppauge, New York
May 4, 2021

        Simmons Jannace DeLuca, LLP

        BY: _Merle Schrager_
          Merle Schrager
        Attorneys for Defendant
        COSTCO WHOLESALE CORPORATION
        **Office & P.O. Address:**
        43 Corporate Drive
        Hauppauge, New York 11788-2048
        (631) 873-4888

TO:

LAW OFFICES OF
ZEMSKY & SALOMON, P.C.
Attorneys for Plaintiff
33 Front Street, Suite 207
Hempstead, New York 11550
(516) 485-3800

637364